**CARBORUNDUM CO. v. COE, Com'r of Patents.**

**No. 7736.**

United States Court of Appeals for the District of Columbia.

Decided June 23, 1941.

Albert Grobstein, of Washington, D. C., and George E. Stebbins, of Pittsburgh, Pa., for appellant.

W. W. Cochran and Edwin M. Thomas, both of Washington, D. C., for appellee.

Before GRONER, Chief Justice, and MILLER and VINSON, Associate Justices.

PER CURIAM.

We are satisfied that the claims here involved fail to reveal anything which approaches the dignity of invention. The judgment of the District Court is, therefore, affirmed.